UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

---------------------------------------------------------------------------x

Calley Calcagno, individually and on behalf of all others similarly situated,

                    Plaintiff,

Civil Action No:
2:23-cv-14383

-v.-

National Credit Systems, Inc.,

                    Defendants.

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 2nd day of January, 2024

                    */s/Justin E. Zeig*
                    Justin E. Zeig, Esq.
                    **Zeig Law Firm, LLC**
                    3475 Sheridan Street Suite 310
                    Hollywood, FL 33021
                    Phone: 754-217-3084
                    justin@zeiglawfirm.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 2, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Justin E. Zeig*
                                          Justin E. Zeig, Esq.